1  **COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
2  **WOLFE & WYMAN LLP**
**6757 Spencer Street**
3  **Las Vegas, NV  89119**
**Tel: (702) 476-0100**
4  **Fax: (702) 476-0101**
**cbdodrill@wolfewyman.com**
5
Attorneys for Defendant
6  **AURORA BANK, FSB**

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

SAUL H. LOZA,                                    Case No.:  2:17-cv-00187-JCM-GWF-PAL
11
              Plaintiff,
12     v.

13  AURORA BANK, FSB; EQUIFAX            **STIPULATION AND ORDER FOR**
    INFORMATION SERVICES, LLC;  and     **DISMISSAL WITH PREJUDICE**
14  SPECIALIZED LOAN SERVICING, LLC,

15            Defendants.

16

17         Plaintiff  SAUL  H.  LOZA  ("Plaintiff")  and  Defendants  AURORA  BANK,  FSB

18  ("Defendant") by and through their respective counsel of record, hereby submit this Stipulation and

19  Order to Dismiss Plaintiffs' Complaint against AURORA BANK, FSB only with prejudice.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

///

                                         1

2672720.1

1    Each party shall bear their own fees and costs.

2    Dated: March __, 2017                          Dated: March __, 2017

3    WOLFE & WYMAN, LLP                              KNEPPER & CLARK LLC

4

5    By:_____                   By:_____
6        Colt B. Dodrill, Esq.                           Matthew I. Knepper, Esq.
         Nevada Bar # 900                                Nevada Bar # 12796
7        6575 Spencer Street                             Miles N. Clark, Esq.
         Las Vegas, NV 89119                             Nevada Bar #13848
8        *Attorneys for Aurora Bank, FSC*                10040 W. Cheyenne Ave., Suite 170-109
                                                         Las Vegas, NV 89129
9                                                        *Attorneys for Plaintiff, Saul H. Loza*

10

11   Dated: March ___, 2017                         Dated: March 10, 2017

12   PAYNE LAW FIRM LLC                              HAINES & KRIEGER, LLC

13

14   By:_____                   By:_____
         Sean N. Payne, Esq.                             David H. Krieger, Esq.
15       Nevada Bar No. 13216                            Nevada Bar No. 9086
         9550 S. Eastern Ave., Suite 253-A213           8985 S. Eastern Ave., Suite 350
16       Las Vegas, NV 89123                             Henderson, NV 89123
         *Attorneys for Plaintiff, Saul H. Loza*         *Attorneys for Plaintiff, Saul H. Loza*
17

18

19                                   **ORDER**

20           IT IS SO ORDERED.

21

22   DATED: _____        _____
                                     UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

27

28

2

2672720.1

1    Each party shall bear their own fees and costs.

2    Dated: March 15, 2017                          Dated: March 15, 2017

3    WOLFE & WYMAN, LLP                             KNEPPER & CLARK LLC

4

5    By: /s/ *Colt B. Dodrill*                       By: /s/ *Matthew I. Knepper*

6        Colt B. Dodrill, Esq.                          Matthew I. Knepper, Esq.
         Nevada Bar # 900                               Nevada Bar # 12796
7        6575 Spencer Street                            Miles N. Clark, Esq.
         Las Vegas, NV 89119                            Nevada Bar #13848
8        *Attorneys for Aurora Bank, FSC*               10040 W. Cheyenne Ave., Suite 170-109
                                                        Las Vegas, NV 89129
9                                                       *Attorneys for Plaintiff, Saul H. Loza*

10

11   Dated: March 15, 2017                          Dated: March ___, 2017

12   PAYNE LAW FIRM LLC                             HAINES & KRIEGER, LLC

13

14   By: /s/ *Sean N. Payne*                         By: _____

15       Sean N. Payne, Esq.                            David H. Krieger, Esq.
         Nevada Bar No. 13216                           Nevada Bar No. 9086
16       9550 S. Eastern Ave., Suite 253-A213          8985 S. Eastern Ave., Suite 350
         Las Vegas, NV 89123                            Henderson, NV 89123
17       *Attorneys for Plaintiff, Saul H. Loza*        *Attorneys for Plaintiff, Saul H. Loza*

18

19                              **ORDER**

20        IT IS SO ORDERED.

21

22   DATED: _____March 17, 2017_____          _____
                                                  UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

27

28

                                    2

2672720.1