UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| SAUL H. LOZA, | Case No. 2:17-CV-187 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| AURORA BANK, FSB, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Loza v. Aurora Bank, FSB et al.*, case number 2:17-cv-00187-JCM-GWF.

On May 3, 2017, plaintiff filed a notice of settlement between plaintiff and Equifax Information Services, LLC, representing that a stipulation to dismiss would be filed within 60 days. (ECF No. 23).

To date, no stipulation to dismiss has been filed.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file, within thirty (30) days from the entry of this order, a stipulation to dismiss or a joint status report.

DATED July 21, 2017.

                                             _____
                                             UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**