Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAUL H. LOZA, | |
| Plaintiff, | Case No. 2:17-cv-00187-JCM-GWF |
| v. | |
| AURORA BANK, FSB; EQUIFAX INFORMATION SERVICES, LLC; AND SPECIALIZED LOAN SERVICING, LLC, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Saul H. Loza and Defendant Equifax Information Services, LLC ("Equifax"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Dismiss Plaintiff's Complaint against Equifax only with prejudice.

| Dated: August 7, 2017. | Dated: August 7, 2017. |
|---|---|
| **PAYNE LAW FIRM LLC** | **SNELL & WILMER LLP** |
| */s/ Sean N. Payne*<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* | */s/ Bradley T. Austin*<br>Bradley T. Austin<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant Equifax Information Services, LLC* |

**ORDER**

IT IS SO ORDERED.

DATED: August 9, 2017

_____
UNITED STATES DISTRICT COURT JUDGE